John BONALEWICZ, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7307.

United States Court of Appeals,
Federal Circuit.

July 26, 2004.

ON MOTION

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent–Appellee.

Robert V. Chisholm, Chisholm Chisholm, Principal Attorney, Providence, RI, for Claimant–Appellant.

Calvin E. HILDRETH, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 03–7308.

United States Court of Appeals,
Federal Circuit.

July 26, 2004.

ON MOTION

### ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

### ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.